**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DAVID CAMPBELL,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1052-Orl-22JGG**

**WIRELESS EXPRESS OF BREVARD,**
**INC., and ANTHONY C. CATALANO,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 24) filed on April 10, 2006.

The United States Magistrate Judge has submitted a Report recommending, *inter alia*, that the settlement reached by the parties be approved.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.　　The Report and Recommendation filed April 10, 2006 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　　The settlement reached by the parties is hereby **APPROVED**.

3. This cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within twenty (20) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 27, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record